UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN JELEN, ) ) ) Plaintiff, ) ) v. ) ) FIRST NATIONAL BANK OF LONG ) ISLAND, et al., ) ) Defendants. ) ) | Civil Action No. 20-12128-DJC |

**ORDER**

**CASPER, J.**                                                                                          **May 4, 2021**

On November 27, 2020, *pro se* plaintiff Sean Jelen filed a complaint in which he alleges that First National Bank of Long Island and others are responsible for the wrongful foreclosure on his shares in the Breezy Point Cooperative, Inc. and proprietary lease in one of its properties in Breezy Point, New York. D. 1.

Jelen also filed a motion for leave to proceed *in forma* pauperis. D. 2. The Court denied the motion without prejudice, because Jelen, who was incarcerated at FMC Devens at the time, had failed to include the six-month prisoner account statement required under 28 U.S.C. § 1915(a)(1). D. 4. After Jelen was released from FMC Devens, he filed two additional motions for leave to proceed *in forma pauperis*. D. 7, 10. On February 26, 2021, the Court denied Jelen's two pending motions for leave to proceed *in forma pauperis*. D. 11. The Court concluded that the financial information Jelen had provided in the three *in forma pauperis* motions in this action and financial disclosures he made in his pending bankruptcy action, see In re Sean Jelen, Bankr. No. 19-41137 (Bankr. D. Mass), contained "discrepancies and possible

1

contradictions" such that it was "unclear what Jelen's financial situation is and whether he is being truthful." D. 11 at 4. The Court ordered Jelen to pay the filing fee or seek leave to proceed *in forma pauperis* by submitting an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) within twenty-one days. The Court warned Jelen that failure to comply with the order could result in dismissal of the action.

The time period for complying with the Court's February 26, 2021 has expired and Jelen has neither paid the fee nor filed a motion for leave to proceed *in forma pauperis*. Accordingly, the Court hereby orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

**So Ordered.**

                                              /s/ Denise J. Casper
                                              Denise J. Casper
                                              United States District Judge